*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: **John E Donovan**

Debtor(s)

BK No. **1:16–bk–11439**
Chapter **13**

**John E Donovan**
Plaintiff(s)
      v.
**Christina Trust, , a division of Wilmington Savings Fund Society, FSB as Trustee of ARLP Trust 5**
Defendant(s)

AP No. **1:17–ap–01028**

---

*ORDER GRANTING APPLICATION/MOTION (doc# 7 )*
*Re: Motion to Dismiss filed by Defendant Christina Trust, a division of Wilmington Savings Fund Society*

After consideration of the pleading(s), **IT IS HEREBY ORDERED** that the within Application/Motion (doc. # 7 ) is GRANTED .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **11/29/17**

Entered on Docket: **11/29/17**
Document Number: **8 – 7**

154.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: *www.rib.uscourts.gov*